# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**JESSICA WHEELER o/b/o A.T.W.**

    vs.                          **CASE NUMBER: 5:06-CV-1318 (FJS)**

**MICHAEL J. ASTRUE, Commissioner of Social Security**

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That Plaintiff's motion for judgment on the pleadings is GRANTED, Defendant's motion for judgment on the pleadings is DENIED, the Commissioner's decision is REVERSED and the Complaint filed by Jessica Wheeler is REMANDED pursuant to sentence four of 42 USC section 405(g), for further proceedings consistent with the Memorandum-Decision & Order. Judgment is hereby entered in favor of the Plaintiff.

All of the above pursuant to the order of the Honorable Judge Frederick J. Scullin, Jr., dated the 14th day of February, 2011.

DATED: March 2, 2011

                                               Clerk of Court

                                               s/

                                               Joanne Bleskoski
                                               Deputy Clerk